## Anthony Belcore, Appellant, v. Santo Paoletti, Appellee.

### Gen. No. 45,468.

Edward F. Zahour, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed January 18, 1952; released for publication February 5, 1952.